**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
jbl@maclaw.com
   Attorneys for Defendants Red Place
   Holdings, LLC and Burl C. Fisher III

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE,<br><br>               Plaintiff,<br><br>vs.<br><br>RED PLACE HOLDINGS, LLC, A Nevada Limited Liability Company, and BURL C. FISHER III, an Individual, and DOES 1 through 10, Inclusive,<br><br>               Defendants. | Case Number:<br>2:18-cv-02417-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiff, JANE DOE, by and through her attorney of record, Craig P. Fagan (*Pro Hac Vice*) of the Law Offices of Craig P. Fagan; and Defendants, RED PLACE HOLDINGS, LLC and BURL C. FISHER III ("Defendants"), by and through their attorneys of record, Terry A, Coffing, Esq. and Jonathan B. Lee, Esq. of Marquis Aurbach Coffing, that Defendants will be allowed up to and including February 5, 2019, to file their responsive pleading to Plaintiff's Complaint in the above-captioned matter.

. . .

. . .

. . .

. . .

MAC:15489-001 3626057_1 1/16/2019 11:26 AM

Dated this 16th day of January, 2019.

**MARQUIS AURBACH COFFING**

By: /s/ Jonathan B. Lee
    Terry A. Coffing, Esq.
    Nevada Bar No. 4949
    Jonathan B. Lee, Esq.
    Nevada Bar No. 13524
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Telephone: (702) 382-0711
    tcoffing@maclaw.com
    jbl@maclaw.com
    *Attorneys for Defendants*

Dated this 16th day of January, 2019.

**THE LAW OFFICES OF CRAIG P. FAGAN**

By: /s/ Craig P. Fagan
    Craig P. Fagan, Esq. (*Pro Hace Vice*)
    California Bar No. 149556
    4512 4th Street
    La Mesa, CA 91941
    Telephone: (619) 528-9600
    cpfagan@faganlegal.com
    *Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED this 18th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

MAC:15489-001 3626057_1 1/16/2019 11:26 AM