SCOTT OLIFANT, Nevada State Bar No. 7471
CRAIG P. FAGAN, Attorney seeking admittance *Pro Hac Vice* (CA Bar No. 149556)
**LAW OFFICES OF CRAIG P. FAGAN**
4512 4th Street
La Mesa, CA 91941
Telephone: (619) 528-9600
Facsimile: (619) 303-4814
email: cpfagan@faganlegal.com

Attorneys for all Plaintiff Jane Doe

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>RED PLACE HOLDINGS, LLC, A Nevada Limited Liability Company, and BURL C. FISHER III, an Individual, and DOES 1 through 10, Inclusive,<br><br>    Defendants | No. 2:18cv02417<br><br>**STIPULATION FOR DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that plaintiff Jane Doe may dismiss the above-entitled action without prejudice, all parties to bear their own attorney's fees and costs.

1

Dated: April 15, 2019         MARQUIS AURBACH COFFING

                              By: _____
                              Terry Coffing
                              Attorney for all Defendants


Dated: April 15, 2019         LAW OFFICES OF CRAIG P. FAGAN


                              By: _____
                              Craig P. Fagan
                              Attorneys for all Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, ) | No. 2:18cv02417 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | _____ |
| RED PLACE HOLDINGS, LLC, A Nevada ) | |
| Limited Liability Company, and BURL C. ) | |
| FISHER III, an Individual, and DOES 1 ) | |
| through 10, Inclusive, ) | |
| ) | |
| Defendants ) | |
| ) | |
| _____ ) | |

    After considering the Stipulation for Dismissal filed herein, IT IS HEREBY ORDERED THAT:

    The complaint filed by Plaintiff Jane Doe in this matter is hereby dismissed

without prejudice, with each party bearing their own costs and attorney's fees.

**IT IS SO ORDERED**  _____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated:  DATED this 23rd day of April, 2019.